IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:23-CR-43 (MTT) |
| | ) |
| FELIX CORDES, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The defendant, by and through his counsel, has moved to continue this case until the next trial term.  Doc. 39.  The defendant, along with one co-defendant, was indicted on July 12, 2023.  Doc. 1.  This defendant had his arraignment in this Court on April 9, 2024.  Doc. 29.  One prior continuance has been granted.  Doc. 37.  The defendant, by and through his counsel, now moves the Court to continue his case to the next trial term to allow additional time for defense counsel to complete investigations and to meet with the defendant to determine next steps.  Doc. 39 at 1-2.  The government does not oppose the motion.  *Id.* at 2.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial.  Accordingly, the motion (Doc. 39) is **GRANTED**.  The case is continued from the July term until the Court's next trial term presently scheduled for **September 16, 2024**.  The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq.*

**SO ORDERED**, this 28th day of June, 2024.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT